IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS P. RICHARD, SR., )<br>    Petitioner, )<br>)<br>vs. )<br>)<br>ESQUIRE JOHN PECK, et al., )<br>    Respondents. ) | Civil Action No. 18-130 |

## O R D E R

AND NOW, this 3rd day of April, 2018, after the petitioner, Thomas P. Richard, Sr., filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the petitioner a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and upon independent review of the petition and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 17), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner (ECF No. 14) is dismissed as a successive petition and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                    s/Nora Barry Fischer
                                                    Nora Barry Fischer
                                                    United States District Judge

cc: Thomas P. Richard, Sr.
EM-8033
SCI Graterford
Box 244
Graterford, PA 19426